UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE MEGUNTICOOK SIDE FUND II, L.P.,

    Plaintiff,

v.

JOHN C. TEXTOR,

    Defendant.

CASE NO. 02-80339-CIV-HURLEY

**JOINT STIPULATION OF**
**VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff THE MEGUNTICOOK SIDE FUND II, L.P., and Defendant, John C. Textor, by and through their undersigned attorneys, have amicably settled this matter, and, therefore, stipulate to a voluntary dismissal, without prejudice.

Dated: October 17, 2002

Respectfully submitted,

_____
Benjamin P. Brown, Esquire
FL Bar Number: 841552
Wyndcrest Holdings
2401 PGA Boulevard
Suite 110
Palm Beach Gardens, FL 33410
(561) 493-7300 Telephone
(561) 493-7315 Facsimile

_____
Sara Soto
FL Bar Number: 265152
FOWLER WHITE BURNETT P.A.
Bank of America Tower, 17th Floor
100 Southeast Second Street
Miami, FL 33131
(305) 789-9200 Telephone
(305) 789-9021 Facsimile