UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80339-CIV-HURLEY/LYNCH

THE MEGUNTICOOK SIDE FUND, II, L.P.,

    Plaintiff,

v.

JOHN C. TEXTOR,

    Defendant.
_____/

**CLOSED CASE**

FILED by _____ D.C.
OCT 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER OF CLOSE OUT

On October 18, 2002, the parties in the above action filed a joint stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. Any pending motions not otherwise ruled upon are **DENIED**, as moot.

2. The Clerk of the Court shall enter the case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _23rd_ day of October, 2002.

Daniel T. K. Hurley
United States District Judge

*Copies provided to:*

Sara Soto, Esq.
Benjamin P. Brown, Esq.

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts